IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Criminal No. 10-51 |
| CRAIG MASTENDRI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 20th day of April, 2012, upon consideration of defendant's Application for the Issuance of a Writ of Habeas Corpus Ad Testificandum [document #72], and the statements of counsel, IT IS HEREBY ORDERED that defendant's motion is GRANTED.

IT IS FURTHER ORDERED that the United States Marshal and the Superintendent of the Federal Correctional Institution in Elkton, Ohio, have Shane Hennen, #30604-068, present before the undersigned for testimony in the instant case on or about Monday, May 7, 2012. Upon completion of his testimony, Shane Hennen, #30604-068, shall be returned to the custody of the Superintendent of the Federal Correctional Institution in Elkton, Ohio.

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record
    United States Marshal